# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAWHIDE FERTILIZER, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 8:17cv00013-JFB-MDN |
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER REGARDING STIPULATION TO DISMISS WITH PREJUDICE

**THE COURT**, having considered the Stipulation to Dismiss with Prejudice, and being fully advised in the premises,

**FINDS** that there is good cause, and, therefore, ORDERS that this matter is dismissed with prejudice, each party to pay its own attorney's fees and costs.

So Ordered this 20th day of September, 2017.

BY THE COURT:

__s/ Joseph F. Bataillon_____
Senior United States District Court Judge